# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Sean Richard Crowson,

        Defendant.

Case No. 24-cr-246 (MJD/TNL)

**AMENDED ARRAIGNMENT NOTICE AND SCHEDULING ORDER**

This matter comes before the Court on Defendant Sean Richard Crowson's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 15.

Defendant requests that the October 11, 2024 motions-filing deadline be extended by 30 days. ECF No. 15. Defendant also requests that the November 7, 2024 motions hearing be continued. *Id.* Defendant states that he needs additional time to review discovery and confer with counsel. *Id.* The Government has no objection to the requested extension. *Id.* Defendant also seeks an exclusion under the Speedy Trial Act. *Id.*

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    Motion for Continuance of Motion Filing Date and Motion Hearing, ECF

1

No. 15, is **GRANTED**.

2.      The period of time from **the date of this Order through November 12, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3.      An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **December 12, 2024, at 2:00 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4.      All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 12, 2024.** D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5.      **Counsel shall electronically file a letter on or before November 12, 2024, if no motions will be filed and there is no need for a hearing.**

6.      All responses to motions shall be filed by **November 26, 2024**.  D. Minn. LR 12.1(c)(2).

7.      Any Notice of Intent to Call Witnesses shall be filed by **November 26, 2024**. D. Minn. LR 12.1(c)(3)(A).

8.      Any Responsive Notice of Intent to Call Witnesses shall be filed by **December 3, 2024**.  D. Minn. LR 12.1(c)(3)(B).

9.      A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

      a.  The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

      b.  Oral argument is requested by either party in its motion, objection or response pleadings.

10.     If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **December 12, 2024, at 2:00 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

11.    **TRIAL:**

      a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

Voir Dire, Jury Instructions and trial related motions (including motions in limine) must be submitted to District Judge Michael J. Davis on ***a date to be determined***.

Trial will commence before District Judge Michael J. Davis on ***a date to be determined***, in Courtroom 13E, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Michael J. Davis to confirm the new trial date.**

*(order continues on next page)*

Dated: October 11, 2024                    _/s/ Tony N. Leung_____
                                           Tony N. Leung
                                           United States Magistrate Judge
                                           District of Minnesota


                                           *United States v. Crowson*
                                           Case No. 24-cr-246 (MJD/TNL)

4