**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Case No. 24-cr-246 (MJD/TNL)

Plaintiff,

v.

**THIRD AMENDED**
**ARRAIGNMENT NOTICE AND**
**SCHEDULING ORDER**

Sean Richard Crowson,

Defendant.

This matter comes before the Court on Defendant Sean Richard Crowson's Third Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 22.

Defendant requests that the December 27, 2024 motions-filing deadline be extended by an additional 30 days. *Id.* Defendant also requests that the January 27, 2025 motions hearing be continued. *Id.* Defendant states that he needs additional time to review discovery and to decide how to proceed in this matter. *Id.* The Government has no objection to the requested extension. *Id.* Defendant also seeks an exclusion under the Speedy Trial Act. *Id.*

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1

1. Defendant's Third Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 22, is **GRANTED**.

2. The period of time from **the date of this Order through January 27, 2025**, shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **February 13, 2025, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 27, 2025**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel shall electronically file a letter on or before January 27, 2025, if no motions will be filed and there is no need for a hearing.**

6. All responses to motions shall be filed by **February 10, 2025**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses shall be filed by **February 10, 2025**. D. Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses shall be filed by **February 12, 2025**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant

2

pleads particularized matters for which an evidentiary hearing is necessary; or

b. Oral argument is requested by either party in its motion, objection or response pleadings.

10.    If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **February 13, 2025, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

11.    **TRIAL:**

a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

Voir Dire, Jury Instructions and trial related motions (including motions in limine) must be submitted to District Judge Michael J. Davis on *a date to be determined*.

Trial will commence before District Judge Michael J. Davis on *a date to be determined*, in Courtroom 13E, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Michael J. Davis to confirm the new trial date.**

Dated: January 2, 2025

*s/Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Crowson*
Case No. 24-cr-246 (MJD/TNL)

3